No. 96–1827. HESS, ON BEHALF OF HESS ET AL., MINORS *v.* HESS. C. A. 6th Cir. Certiorari denied.

No. 96–1828. CHAPARRO *v.* IBP, INC. C. A. 10th Cir. Certiorari denied.

No. 96–1831. ROBERTSON ET UX. *v.* CITY OF SOUTH GATE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1832. SMITH *v.* BLUE CROSS BLUE SHIELD OF KANSAS, INC. C. A. 10th Cir. Certiorari denied.

No. 96–1833. GARDNER ET UX. *v.* STAGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1836. BROCHU *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 96–1837. HOUSTON BROKERAGE, INC., ET AL. *v.* MCDONALD ET UX., INDIVIDUALLY AND AS NEXT FRIENDS AND GUARDIANS OF MCDONALD, A MINOR, ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 96–1838. ALEXANDER *v.* RUSH NORTH SHORE MEDICAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 96–1840. COCHRAN *v.* PLANNED PARENTHOOD ASSOCIATION OF SAN MATEO COUNTY ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–1841. LOUISIANA ET AL. *v.* MISTRETTA ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1843. SMITH *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1844. MMP INVESTMENTS, INC. *v.* LANDER CO., INC. C. A. 7th Cir. Certiorari denied.

No. 96–1847. NEW MEXICO ENERGY, MINERALS AND NATURAL RESOURCES DEPARTMENT ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.